BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: July 9, 2010                    AT: 3:30 - 4:3- PM

CIVIL CAUSE FOR:  TELEPHONE CONFERENCE
CASE NUMBER:   CV-10-1865

TITLE:   HAMPTONS ONLINE V. FLORIO, ET AL.

APPEARANCES:
    FOR PLAINTIFF: BRYAN VAN COTT, ESQ
    DEFENDANT S FLORIO AND VUE MASTER: WILLIAM GAYLOR,,ESQ.
    DEFENDANT CAPONE: BRIAN DOYLE, ESQ.
COURT REPORTER :   ELLEN COMBS

 X    CASE CALLED FOR TELEPHONE STATUS CONFERENCE.
    The Court makes the following rulings on the record:
    - The Court denied plaintiff's letter application (#31) to renew defaults against defendants Florio and Vue Master.
    - Defendants' letter application to stay discovery (#43) is denied.
    - The Court will not consolidate the Preliminary Injunction hearing with a trial.
    - Counsel are directed to submit proposed protective orders with their positions and any authority. The issue of a Protective order will be referred to Magistrate Judge Boyle to be dealt with at the August 3, 2010 conference. The Magistrate shall set a date for the simultaneous exchange of the source codes once a Protective Order has been signed.
    - Any request for additional discovery with regard solely to the claims in the Order to show cause for a preliminary injunction, shall be submitted by letter request with an accompanying affidavit of an expert.
    - The Court sets the following briefing schedule for defendants' motion to dismiss: defendant shall serve the motion by 7/25/2010; Plaintiff shall serve his response by 8/16/2010; defendants' reply shall be served and all papers filed on ECF by 8/23/2010, consistent with the Court's bundle rule.